**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-6927**

─────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

STEVEN WOOTEN, a/k/a Steady,

        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Louise W. Flanagan, District Judge.  (4:18-cr-00052-FL-1; 4:22-cv-00073-FL)

─────────────

Submitted:  January 29, 2024                    Decided:  February 7, 2024

─────────────

Before NIEMEYER and WYNN, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Steven Wooten, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Wooten seeks to appeal the district court's orders dismissing as untimely his 28 U.S.C. § 2255 motion and dismissing his motion for reconsideration as an unauthorized second or successive § 2255 motion. *See Whiteside v. United States*, 775 F.3d 180, 182-83 (4th Cir. 2014) (en banc) (explaining that § 2255 motions are subject to one-year statute of limitations, running from latest of four commencement dates enumerated in 28 U.S.C. § 2255(f)). The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When, as here, the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the motion states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Wooten has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the

2

appeal.[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Because Wooten's motion for reconsideration was properly filed under Fed. R. Civ. P. 59(e), the district court erred in dismissing that motion as an unauthorized second or successive § 2255 motion.  However, the court's initial determination that Wooten's § 2255 motion was untimely is not debatable.  Therefore, the court's error is harmless.